**RECORD OF MAGISTRATE'S PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # |
| vs | DATE OF COMPLAINT |
| JULIA SIZER | CRIMINAL DOCKET NUMBER: 2:21-mj-1796-CRE-1 |
| | DATE OF INDICTMENT: DC Court number 1:21-mj-579 |
| | STATUTE: |

DATE ARRESTED: 9/2/2021

## INITIAL APPEARANCE

| Before Magistrate | | | | | |
|---|---|---|---|---|---|
| [ ] LENIHAN | [X] EDDY | Date: | 9/2/2021 | C.D. Index | |
| [ ] DODGE | [ ] LANZILLO | Time: | 5:08 pm – 5:16 pm | Tape Index: | |
| [ ] KELLY | [ ] PESTO | | | | |

U. S. ATTORNEY: SOO SONG

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [X] Read
   - [ ] Summarized
   - [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [X] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [X] Read
   - [ ] Summarized
   - [ ] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment
   - [ ] Defendant waived appointment
   - [X] Defendant represented by: ROBERT MIELNICKI, private counsel
   - [ ] Defendant expects to retain:
   - [ ] Affidavit executed.
   - [ ] Not Qualified  [ ] Qualified  [ ] with possible requirement for partial or full payment
   - [ ] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond:
   - Bond Set at: $10,000.00 Unsecured
   - [X] By Consent   [X] Additional Conditions Imposed: .See Conditions of Release
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued   [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For:

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Arraignment: _____ Before Magistrate Judge

ADDITIONAL COMMENTS: Deft is scheduled for an IA in the District Court for DC on 9/8/21 at 1:00pm via ZOOM. Link provided to counsel. Waiver of Rule 5 executed.